```
        UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 06 B 04680
    LARRY KEITH SCHOENBROD
    PATRICIA L SCHOENBROD                       CHAPTER 13

                                                JUDGE: A. BENJAMIN GOLDGAR

            Debtor
    SSN XXX-XX-9106     SSN XXX-XX-9239
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 04/27/06 and confirmed on 10/27/06.

   2.  The case was dismissed after confirmation, 11/16/2007.

   3.  The Debtor paid a total of $ 14003.14 .

   4.  The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| CHASE HOME FINANCE | CURRENT MORTG | .00 | .00 | .00 |
| CHASE HOME FINANCE | MORTGAGE ARRE | 10344.61 | .00 | 10344.61 |
| SMC | UNSECURED | 828.76 | .00 | 96.68 |
| AMOCO OIL CO | UNSECURED | NOT FILED | .00 | .00 |
| NORTH SHORE CONSULTATION | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 493.90 | .00 | 57.62 |
| SMC | UNSECURED | 700.45 | .00 | 81.71 |
| DAIMLER CHRYSLER FINANCI | UNSECURED | 2797.05 | .00 | 326.29 |
| COMED | UNSECURED | NOT FILED | .00 | .00 |
| EXXON MOBILE BUSINESS CA | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 339.62 | .00 | 39.62 |
| INTERNAL REVENUE SERVICE | UNSECURED | 5968.46 | .00 | 696.26 |
| LASALLE BANK | UNSECURED | NOT FILED | .00 | .00 |
| MARSHALL FIELD & COMPANY | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORP | UNSECURED | 420.46 | .00 | 49.05 |
| NICOR GAS | UNSECURED | NOT FILED | .00 | .00 |
| NORTH SHORE CARDIOLOGIST | UNSECURED | NOT FILED | .00 | .00 |
| NORTHWEST COMMUNITY HOSP | UNSECURED | NOT FILED | .00 | .00 |
| PAYPAL | UNSECURED | NOT FILED | .00 | .00 |
| SST | UNSECURED | NOT FILED | .00 | .00 |
| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
| HIGHLAND PARK DENTAL CAR | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 279.01 | .00 | 32.55 |
| CAPITAL ONE BANK | UNSECURED | 214.37 | .00 | 25.01 |
| CAPITAL ONE BANK | UNSECURED | 4610.22 | .00 | 537.81 |
| INTERNAL REVENUE SERVICE | PRIORITY | 1075.35 | .00 | 1075.35 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 349.49 | .00 | 40.77 |

            Summary of disbursements:

```
                        SECURED      PRIORITY    UNSECURED          OTHER        TOTAL
---------------------------------------------------------------------------------------
TOTAL CLMS ALLOWED     10344.61       1075.35     17001.79            .00     28421.75
PRINCIPAL PAID         10344.61       1075.35      1983.37            .00     13403.33
INTEREST PAID               .00           .00          .00            .00          .00
TOTAL PAID             10344.61       1075.35      1983.37            .00     13403.33
```
The Debtor's attorney, BERT ZACZEK                           , was allowed $        .00
and was paid $         .00 .

The Trustee received $    599.81 .

Refunds to the Debtor totaled $         .00 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 02/08/08                         /S/
                                        GLENN STEARNS
                                        CHAPTER 13 TRUSTEE




                                PAGE   2
        CASE NO. 06 B 04680 LARRY KEITH SCHOENBROD & PATRICIA L SCHOENBROD